UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

KIMBERLY POWELL-HATCHER,

      Plaintiff,

v.

WAL-MART STORES EAST, LIMITED
PARTNERSHIP d/b/a WALMART #2631,
a Delaware Corporation,

      Defendant.

Case No. 2:24-CV-13296
Hon:  Linda V. Parker
Mag. Judge Elizabeth A. Stafford

---

LAWRENCE R. ROTHSTEIN (P19697)
MICHAEL J. ROTHSTEIN (P70240)
Rothstein Law Group
Attorneys for Plaintiff
19068 W. Ten Mile Road
Southfield, MI 48075
(248) 355-2048 | Fax: (248) 355-2079
lrr@rothsteinlawgroup.com
mjr@rothsteinlawgroup.com

ELLEN BARTMAN JANNETTE (P41800)
Plunkett Cooney
Attorneys for Defendant
38505 Woodward Avenue – Suite 100
Bloomfield Hills, MI 48304
(248) 594-8221
ejannette@plunkettcooney.com

---

**ORDER FILED IN COMPLIANCE WITH
<u>ORDER TO MEET AND CONFER [ECF No. 18]</u>**

Defendant filed its Motion to Compel Discovery and for Sanctions, Including Dismissal for Noncompliance [ECF No. 15], which Motion was referred to Magistrate Judge Elizabeth A. Stafford for hearing and determination [ECF No. 16].

61812782.1

Magistrate Judge Stafford issued an Order to Meet and Confer on December 23, 2025 [ECF No. 18].

Defendant has indicated to Plaintiff that Defendant believes Plaintiff's answers to Defendant's Interrogatory Nos. 14, 16, 17 and 18 as well as Plaintiff's Responses to Defendant's Requests for Production of Documents Nos. 2, 4-9, are inadequate, incomplete, or require clarification and/or supplementation. The parties' respective counsel met and conferred on January 12 and January 13 and have indicated to the Court that they have resolved their dispute by agreeing to the following provisions.

Therefore, for good cause shown, IT IS HEREBY ORDERED:

(1) Plaintiff will review her responses to each of the aforementioned interrogatories and requests and will supplement each in the following manner:

a. Plaintiff shall file a Supplemental Witness List on or before **January 30, 2026**, identifying each individual whom Plaintiff intends to call as a lay or expert witness at the time of trial. Plaintiff will provide the name, address, telephone number and substantively detail the anticipated testimony of each identified individual.

    b. Plaintiff will serve complete compliant Expert Disclosures on or before **February 27, 2026**.

    c. Plaintiff will produce all documents substantiating her economic damages, including, but not limited to: wage loss, medical expenses, out-of-pocket costs, insurance payments, insurance claims, liens, tax returns, W-2s, 1099s, paystubs, etc., on or before **January 30, 2026**.

    d. If Plaintiff has filed for disability or worker's compensation at any time, she will produce documentation related to any such claim on or before **January 30, 2026**.

    e. To the extent Plaintiff has documents that are responsive to Defendant's Requests for Production of Documents Nos. 4-9, such documentation will be produced on or before **January 30, 2026**.

    f. Plaintiff will indicate whether documentation has been requested and if supplementation is necessary and/or anticipated.

(2) Defendant will file its Supplemental Witness List on or before **February 20, 2026**.

(3) Plaintiff will produce her identified expert witnesses for discovery-only depositions on or before **March 30, 2026**. This includes any

61812782.1

    identified medical provider from whom Plaintiff intends to elicit expert testimony as well as any independently retained experts.

(4) Defendant will serve complete compliant Expert Disclosures on or before **March 20, 2026**.

IT IS SO ORDERED.

Dated: January 15, 2026

            s/Elizabeth A. Stafford
            Honorable Elizabeth A. Stafford
            United States District Judge

61812782.1